In the Matter of the Petition of GEORGE E. GREEN, as State Commissioner of Excise, Respondent, for an Order Revoking and Canceling Liquor Tax Certificate Issued to CHRISTIAN VORNDRAN, Appellant.

*Matter of Farley* (*Vorndran*), 170 App. Div. 400, affirmed.
(Submitted February 27, 1917; decided March 13, 1917.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 3, 1915, which reversed an order of Special Term denying a motion for revocation of a liquor tax certificate and granted said motion. The petitioner alleges a violation of section 8 of subdivision 9 of the Liquor Tax Law which provides in substance that no liquor tax certificate shall be issued in any borough unless or until the ratio of population therein to the number of certificates issued under subdivision 1 of section 8 shall be greater than 750 to 1, and then only pursuant to the provisions of this subdivision. It then provides a system whereby the right to traffic in liquors may be transferred from one location to another by filing a written notice of abandonment of the traffic in liquors at one place in favor of the new premises. Upon the hearing it was shown that a certificate theretofore issued for plaintiff's premises had been transferred to other premises by the assignee thereof and a notice of abandonment of the traffic in liquor at plaintiff's premises filed. Nevertheless the appellant thereafter applied for and received on September 5, 1914, liquor tax certificate No. 4,874, for traffic at these premises which is the certificate sought to be revoked.

*J. Wilson Bryant* for appellant.

*Frederick E. Grant, Morton C. Fitch* and *A. M. Sperry* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, CUDDEBACK, HOGAN, POUND and ANDREWS, JJ. Not sitting: McLAUGHLIN, J.